# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0712
_____

GREG S. CAVE,

Appellant,

v.

ERNIE MORRIS ENTERPRISES,
INC., a Florida corporation,
CONTRAX FURNISHINGS, LLC,
and METEOR EDUCATION, LLC,

Appellees.

_____

On appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

June 21, 2019

PER CURIAM.

DISMISSED.

LEWIS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Clifford A. Taylor of the Hogan Law Firm, Brooksville, for Appellant.

No appearance for Appellees.